In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-354 CV


____________________



VIVIAN ELLIS, Appellant



V.



WILLIAM PHILLIPS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. CIV22,799






MEMORANDUM OPINION


 The appellant, Vivian Ellis, filed a motion to dismiss this appeal. The appellee,
William Phillips, agrees to the dismissal. The parties allege they have resolved the dispute
relating to taking a pre-suit deposition and agreed to dismiss this appeal. The Court finds
that the motion is voluntarily made by the parties through their attorneys of record prior to
any decision of this Court and should be granted. Tex. R. App. P. 42.1(a).

 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the incurring party.

 APPEAL DISMISSED. 



 

 ______________________________

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered April 5, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.